IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHANDRA LYONS, ADC #704518                                                                    PLAINTIFF

v.                                        NO. 1:15CV00012 JLH/JTR

MORRISON, Commissary Staff,
McPherson Unit, ADC, *et al.*                                                                  DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of defendants, and this case is dismissed without prejudice. This action is hereby terminated, and the Court certifies that an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 2nd day of March, 2015.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE